QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Diane M. Doolittle (Bar No. 142046)
  dianedoolittle@quinnemanuel.com
  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Brian Cannon (Bar No. 193071)
  briancannon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

*Attorneys for Defendants
GCA Advisors, LLC; Robert Hofeditz;
Jonathan Jameson; Reidan Cruz;
and Daniel Veatch*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHANNON ZOLLER, | CASE NO. 19-cv-04804-JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING APPEAL** |
| vs. | |
| GCA ADVISORS, LLC; GCA CORPORATION; ROBERT HOFEDITZ; JONATHAN JAMESON; REIDAN CRUZ; AND DANIEL VEATCH; | |
| Defendants. | |

| | |
|---|---|
| 1 | Plaintiff Shannon Zoller and Defendants GCA Advisors, LLC; Robert Hofeditz; Jonathan |
| 2 | Jameson; Reidan Cruz; and Daniel Veatch (collectively, "the Parties"), by and through their |
| 3 | respective counsel, hereby agree and stipulate as follows: |
| 4 | WHEREAS, on November 26, 2019, the parties entered into a stipulation that certain |
| 5 | causes of action be arbitrated (ECF No. 25); |
| 6 | WHEREAS, on November 26, 2019, Defendants filed a motion to compel all of Plaintiff's |
| 7 | claims to arbitration (ECF No. 26); |
| 8 | WHEREAS, on March 5, 2020, the Court granted the motion in part and denied it in part, |
| 9 | sending only the stipulated claims to arbitration (ECF No. 44); |
| 10 | WHEREAS, on April 3, 2020, Defendants filed a Notice of Appeal, appealing the Court's |
| 11 | Order on Defendants' motion to compel arbitration ("Appeal") (ECF No. 58), which has been |
| 12 | docketed at the Ninth Circuit, No. 20-15595; |
| 13 | WHEREAS, on April 3, 2020, Defendants filed a motion to stay this action pending |
| 14 | resolution of the Appeal (ECF No. 59); |
| 15 | WHEREAS, on April 7, 2020, the date for responding to Plaintiff's Complaint, Defendants |
| 16 | filed a motion to dismiss Plaintiff's claims for alleged violations of 42 U.S.C. §§ 1985(3) and |
| 17 | 1986 (ECF No. 61); |
| 18 | WHEREAS, the next Case Management Conference is scheduled for April 28, 2020, with |
| 19 | a Joint Case Management Statement due by April 21, 2020 (ECF 43); |
| 20 | NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND RESPECTFULLY |
| 21 | REQUEST that this action be stayed in its entirety pending resolution of the Appeal. The Parties |
| 22 | further stipulate and request that all pending dates be vacated, including the April 28, 2020 |
| 23 | telephonic Case Management Conference and April 21, 2020 Case Management Statement |
| 24 | deadline. As part of this stipulation, Defendants agree to withdraw their Motion to Dismiss (ECF |
| 25 | No. 61) without prejudice. The Parties further stipulate that Defendants' withdrawal of such |
| 26 | Motion is without prejudice to re-filing it after the mandate returns to the District Court from the |
| 27 | Ninth Circuit, and that Defendants' deadline to re-file the Motion or otherwise file a responsive |
| 28 | pleading to Plaintiff's complaint shall be 21 days after the date of the mandate. |

IT IS SO STIPULATED.

DATED: April 20, 2020          QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ Diane M. Doolittle*
   Diane M. Doolittle
   Attorneys for Defendants
   GCA Advisors, LLC; Robert Hofeditz; Jonathan
   Jameson; Reidan Cruz; and Daniel Veatch

DATED: April 20, 2020          STOWELL & FRIEDMAN, LTD.


By  */s/ Linda Friedman*
   Linda Friedman
   Attorneys for Plaintiff Shannon Zoller

IT IS SO ORDERED.

DATED: __April 22__, 2020

JON S. TIGAR
United States District Judge

## ATTESTATION

I, Kyle K. Batter, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order Staying Action Pending Appeal. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Diane Doolittle and Linda Friedman have concurred in this filing.

DATED: April 20, 2020  QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Kyle Batter*
Kyle Batter