UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON ZOLLER,<br><br>    Plaintiff,<br><br>    v.<br><br>GCA ADVISORS, LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-04804-JST<br><br>**ORDER COMPELLING ALL CLAIMS TO ARBITRATION AND DISMISSING ACTION WITHOUT PREJUDICE** |

By order of the Ninth Circuit, *Zoller v. GCA Advisors, LLC*, 993 F.3d 1198, all claims in this case are compelled to arbitration and the case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: May 7, 2021

_____
JON S. TIGAR
United States District Judge